UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILY YEGGY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-0015 CDP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on January 6, 2014, and randomly assigned to the Honorable Catherine D. Perry, United States District Judge.

However, a review of this case indicates that this case was erroneously filed in the Eastern Division of this District. Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, the plaintiff resides and the claim arose in Dunklin County which is located within this district's Southeast Division. See Local Rule 2.07(A)(1). Therefore,

**IT IS HEREBY ORDERED** that this case is transferred to the Southeast Division and randomly assigned to the Honorable Audrey G. Fleissig, United States District Judge under cause number 1:14-CV-0001 and that cause number 4:14-CV-0015-CDP be administratively closed.

**JAMES G. WOODWARD, Clerk of Court**
By: **/s/ Michele Crayton**
**Deputy In Charge**

Dated this 7th day of January, 2014.
**In all future filings please use the following cause number**: **1:14-CV-0001 AGF.**